[File No. 6838.]

IN THE MATTER OF THE APPEAL OF MARTIN HATLIE FROM A DECISION OF THE BOARD OF COUNTY COMMISSIONERS IN AND FOR RICHLAND COUNTY, NORTH DAKOTA.

(4 NW(2d) 199.)

Opinion filed May 26, 1942.

*Vernon D. Forbes,* State's Attorney, and *Patrick T. Milloy,* Assistant State's Attorney, for appellants.

*Max W. Lauder,* for respondent.

MORRIS, J.   The issues in this case are identical with those involved in the case of Re Peschel from a Decision of the Board of County Commissioners in and for Richland County, North Dakota, decided in this term.   Ante, 4 NW 2d 194.   This case is therefore controlled by that decision and for reasons set forth in the opinion therein the judgment of the district court herein is affirmed.

BURKE, NUESSLE, and CHRISTIANSON, JJ., concur.

BURR, Ch. J.   (dissenting).   I dissent on grounds stated in the Peschel Case.